IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DON EVAN NALL,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY FOWLER, *et al.*,<br><br>    Defendant. | 2:24-CV-179-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case without prejudice for failure to prosecute. ECF No. 24. No objections to the findings, conclusions, and recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED without prejudice**.

**SO ORDERED.**

August 7, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE